**L. A. THOMPSON SCENIC RAILWAY COMPANY, Plaintiff-Appellant, v. Charles W. ANDERSON, Individually, etc., Defendant-Appellee.**

Circuit Court of Appeals, Second Circuit.
January 20, 1929.

No. 155.

Victor C. Cormier, of New York City, for appellant.

Thomas J. Crawford, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**LEUNG KONG NON, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
January 19, 1929.

No. 2292.

E. F. Damon, of Boston, Mass., for appellant.

John W. Schenck, Asst. U. S. Atty., and Frederick H. Tarr, U. S. Atty., both of Boston, Mass., for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Dismissed for want of prosecution.

---

**Joseph LINHARES ex rel. Arthur P. LEITE et al., Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
October 25, 1928.

No. 2231.

Joseph Linhares, of Cambridge, Mass., for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. For the reasons set forth in the opinion of the District Court, the decree of the District Court[1] is affirmed.

---

**UNITED STATES, Libelant-Appellee, v. Motorship LUBRAFOL, Her Engines, etc., Société Anonyme D'Armement D'Industrie et De Commerce, Claimant-Appellant.**

**SOCIÉTÉ ANONYME D'ARMEMENT D'INDUSTRIE ET DE COMMERCE. Cross-Libelant-Appellant, v. UNITED STATES, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit.
February 4, 1929.

No. 113.

Barry, Wainwright, Thacher & Symmers, of New York City (James K. Symmers and Earle Farwell, both of New York City, of counsel), for S. S. Lubrafol.

Charles H. Tuttle, U. S. Atty., of New York City (Charles E. Wythe, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

Circuit Court of Appeals, First Circuit.
October 31, 1928.

No. 2268.

---

[1] Brewster, J. This case presents precisely the same question presented in Keating ex rel. Antonio Mello et al. v. Tillinghast, Com'r, (D. C.) 24 F.(2d) 105, and is controlled by my decision in that case. Petition denied.